UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

TV TOKYO CORPORATION,

                Plaintiff,

         v.

THE INDIVIDUALS, CORPORATIONS,
LIMITED LIABILITY COMPANIES,
PARTNERSHIPS, AND
UNINCORPORATED ASSOCIATIONS
IDENTIFIED ON SCHEDULE A TO THE
COMPLAINT,

                Defendant.

26-CV-2040

SEALING ORDER

RONNIE ABRAMS, United States District Judge:

      For the reasons stated in Plaintiff's motion for leave to file under seal, the following items shall be filed under seal unless and until the judge to whom this case is assigned orders otherwise:

- Plaintiff's Schedule A attached to the Complaint;

- Plaintiff's unredacted version of the Complaint;

- Exhibit 3 showing the Defendant Internet Stores' infringement; and

- Exhibit 4 showing Plaintiff's efforts to verify Defendants' addresses.

SO ORDERED.

Dated:    March 12, 2026
         New York, New York

_____
Ronnie Abrams
United States District Judge
PART I