UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------X
                                                  :
TV TOKYO CORPORATION,                             :
                                                  :
                          Plaintiff,              :
                                                  :
           -v-                                    :        26-CV-2040 (JAV)
                                                  :
THE INDIVIDUALS, CORPORATIONS, LIMITED            :        ORDER
LIABILITY COMPANIES, PARTNERSHIPS, AND            :
UNINCORPORATED ASSOCIATIONS IDENTIFIED            :
ON SCHEDULE A TO THE COMPLAINT,                   :
                                                  :
                          Defendant.              :
                                                  :
-------------------------------------------------------------------X

JEANNETTE A. VARGAS, United States District Judge:

It is hereby ORDERED that a hearing will be held with respect to Plaintiff's motion for a

temporary restraining order on **March 17, 2026, at 11:00 a.m.**  ECF No. 7.  The hearing will be

held via **Microsoft TEAMS at the following link**: https://teams.microsoft.com/meet/239493779

75614?p=pE8GshXPgxhbXGTVu3 (Meeting ID: 239 493 779 756 14 | Passcode: 5Nv2tn6b).

        SO ORDERED.

Dated:  March 13, 2026
         New York, New York          _____
                                          JEANNETTE A. VARGAS
                                          United States District Judge